# In the United States Court of Federal Claims

**NOTICE**

**DIANA DAWSON**

**No. 06-525 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C.,July 19, 2006**

To Attorney of Record, Assistant Attorney General and Judge Nancy B. Firestone, Judge Christine O.C. Miller (ADR):

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States Court of Appeals for the Federal Circuit , No. 2006-1412, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**S/Brian Bishop**
**Clerk of Court**