**DAWSON V US** **2006-1412**

U.S. District Court

Lower Court/Agency #: 1999-127
Notice of Appeal and Certified List Received: 05/18/2006
Notice of Appeal Filed: 10/03/2005
Docketed and Notice Sent to Parties: 05/23/2006 [AVV]
Certified List Filed: 05/23/2006

06-525 C

FILED
JUL 19 2006
U.S. COURT OF FEDERAL CLAIMS

Fee Paid: 10/03/2005
Fee Amount: Receipt No: 047482

Petitioner

Diana Dawson

Richard D. Madden
16 North Centre Street
Merchantville, NJ 08109
Phone #: (856)665-4141
Fax #: (856)665-4314
Bar admit: / /
EOA Filed: / /
Principal Attorney

Respondent

Alberto R. Gonzales, Attorney General, Department of Justice
Domingo S. Herraiz, Director, Bureau of Justice Assistance

David Harrington
Department of Justice
1100 L Street, N.W.
Room 12136
Washington, DC 20530
Phone #: (202)307-0277
Fax #: (202)307-0972
Email: DHarrington@usdoj.gov
Bar admit: / /
EOA Filed: / /
Principal Attorney

**DAWSON V US** | **2006-1412**

1 Appeal docketed on 05/23/2006. REV(05/23/2006 by LS) 2006-1412

2 Appeal transferred from the U.S. Court of Appeals for the Third Circuit (their docket no. 2005-4467). Mail Service - 04/25/06. Received: 05/23/06. REV(05/23/06 by LS) 2006-1412

3 Docketing Statement, Entry of Appearance and Certificate of Interest from attorney for the Appellant, Richard Madden rejected due to the lack of admittance to the bar of this court. Clerks rejection letter sent. Mail Service - 06/09/06. Filed: 06/09/06. REV(06/12/06 by JG_) 2006-1412

4 Docketing Statement for Appellee Attorney General, Department of Justice rejected due to the lack of an Entry of Appearance from the principal attorney. Mail Service - 06/09/06. Filed: 06/09/06. REV(06/12/06 by JG_) 2006-1412

5 ORDERED: Absent response by 06/26/2006 this petition will be transferred to US Court of Federal Claims pursuant to 28 USC sec 1631. *Briefing schedule stayed.* By: Motions Panel. Judge: Dyk. Mail Service - 06/12/06. Filed: 06/12/06. REV(06/12/06 by ETW) 2006-1412

6 Official caption revised pursuant to the order of 6/12/06 & sent to the parties. Court Service - 06/16/06. Mailed: 06/16/06. REV(06/16/06 by AVV) 2006-1412

7 Note to file: Copies of Docketing Statement, Certificate of Interest and Entry of Appearance received from Petitioner Diana Dawson. Mail Service - 06/26/06. Filed: 06/26/06. REV(06/30/06 by JG_) 2006-1412

8 Disposition: Transferred by Clerk. Each side shall bear its own costs. Filed: 07/05/06. EOD (07/05/06 by AVV) 2006-1412

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: ______________ Date: JUL - 5 2006