NOTE: Pursuant to Fed. Cir. R. 47.6, this order
is not citable as precedent. It is a public order.

ORIGINAL

# United States Court of Appeals for the Federal Circuit

FILED
AUG 2 8 2006
U.S. COURT OF FEDERAL CLAIMS

2006-1412

DIANA DAWSON,

Petitioner,

v.

Alberto R. Gonzales, ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, and Domingo S. Herraiz, DIRECTOR, BUREAU OF JUSTICE ASSISTANCE,

Respondents.

## ORDER

On June 12, 2006, the court issued an order allowing the parties 14 days to object to the transfer of this appeal to the United States Court of Federal Claims. No objection has been received within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is transferred to the United States Court of Federal Claims.

(2) Each side shall bear its own costs.

FOR THE COURT

JUL - 5 2006
Date

Jan Horbaly
Clerk

cc: Richard D. Madden, Esq.
David Harrington, Esq.
Clerk, USCFC

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Christy Thompson Date: 8/28/06

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL - 5 2006
JAN HORBALY
CLERK

ISSUED AS A MANDATE: AUG 2 8 2006