IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSPIRO, INC, AND SCOTT TECHNOLOGIES, INC., Plaintiff, | ) | No. 06-525C (Judge Nancy Firestone) |
| v. | ) | |
| SCOTT TECHNOLOGIES, INC., Consolidated Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |
| and | ) | |
| MINE SAFETY APPLIANCES COMPANY, Intervenor Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Leslie Cayer Ohta as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attention: Classification Unit, 8th Floor,
Washington, D.C. 20530

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
Washington, D.C. 20530

(202) 307-0252
(202) 307-0972 (Fax)
leslie.ohta@usdoj.gov

September 21, 2006