**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANA DAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-525C |
| v. | ) | Judge Nancy B. Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David A. Harrington as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
8th Floor

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0277
Fax: (202) 307-0972

September 27, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 28th day of September, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington