# In the United States Court of Federal Claims

**No. 06-525C**
**(Filed: October 5, 2006)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **DIANA DAWSON,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

## ORDER

On July 19, 2006 the above-captioned case was transferred to the United States Court of Federal Claims from the United States Court of Appeals for the Federal Circuit. Pursuant to the Rules of the United States Court of Federal Claims ("RCFC") plaintiffs in cases transferred from another courts are required to file an amended complaint. Specifically, Rule 3.1(2) states as follows:

> Eight copies of the complaint filed in the other court, containing the necessary changes in the caption and duplicated in conformity with RCFC 5.3, shall be filed with the clerk within 28 days after the filing required in subdivision (a)(1). In lieu thereof, and within the same time period, an original and 7 copies of an amended complaint may be filed in conformity with the rules of this court, setting forth the claim or claims transferred.

A review of court documents indicates that plaintiff has failed to file an amended complaint within 28 days. Accordingly, plaintiff shall have until **Thursday, October 19, 2006** to file an amended complaint or the court will issue an order to show cause why this matter should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge