# In the United States Court of Federal Claims

**No. 06-525C**
**(Filed: October 25, 2006)**

* * * * * * * * * * * * * * * * *

**DIANA DAWSON,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

On October 5, 2006 the court issued an order directing plaintiff to file an amended complaint by Thursday, October 19, 2006 or the court would issue a show cause order. A review of court documents indicates that plaintiff has failed to file an amended complaint. Accordingly, plaintiff must, by **Wednesday, November 8, 2006**, **SHOW CAUSE** why this suit should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge