**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANA DAWSON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-525C<br>(Judge Firestone) |

PRAECIPE

To the Clerk:

Please take notice that the telephone number of defendant's counsel of record has changed from (202) 307-0277 to (202) 616-0465.

Dated: November 3, 2006

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0465
Facsimile: (202) 307-0972

**CERTIFICATE OF FILING**

I hereby certify that on November 3, 2006, a copy of foregoing "PRAECIPE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington