C

**Effective: September 11, 2006**

Code of Federal Regulations Currentness
Title 28. Judicial Administration
Chapter I. Department of Justice
Part 32. Public Safety Officers' Death, Disability, and Educational Assistance Benefit Claims (Refs & Annos)
Subpart A. General Provisions

**§ 32.4 Terms; construction, severability.**

(a) The first three provisions of 1 U.S.C. 1 (rules of construction) shall apply.

(b) If benefits are denied to any individual pursuant to the Act, at 42 U.S.C. 3796a(4), or otherwise because his actions were a substantial contributing factor to the death of the public safety officer, such individual shall be presumed irrebuttably, for all purposes, not to have survived the officer.

(c) Any provision of this part held to be invalid or unenforceable by its terms, or as applied to any person or circumstance, shall be construed so as to give it the maximum effect permitted by law, unless such holding shall be one of utter invalidity or unenforceability, in which event such provision shall be deemed severable herefrom and shall not affect the remainder hereof or the application of such provision to other persons not similarly situated or to other, dissimilar circumstances.

SOURCE: 71 FR 46037, Aug. 10, 2006, unless otherwise noted.

AUTHORITY: Public Safety Officers' Benefits Act of 1976 (42 U.S.C. ch. 46, subch. 12); Public Law 107-37; USA PATRIOT Act, sec. 611 (42 U.S.C. 3796c-1).

28 C. F. R. § 32.4, **28 CFR** § **32.4**

Current through January 18, 2007; 72 FR 2202

Copr. © 2007 Thomson/West

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.