# In the United States Court of Federal Claims

**No. 06-525 C**

**DIANA DAWSON,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order Upholding the Denial of Benefits Under the Public Safety Officers' Benefits Act, filed January 22, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the government. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**January 23, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.